JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- IN RE MATTHEWS & WRIGHT, INC. MUNICIPAL BONDS SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/08/04 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 - A-3) Filed by pltfs. A. M. Zlotnick and Florence Hitzig -- SUGGESTED TRANSFEREE DISTRICT: E.D. PENNSYLVANIA  SUGGESTED TRANSFEREE JUDGE: HON. DANIEL E. HUYETT, III -- w/cert. of svc. (rh) |
| 87/08/06 | | AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON JULY 30, 1987 -- Setting motion to transfer for Panel hearing on September 16, 1987 in Philadelphia, Pennsylvania (rh) -- Notified involved counsel and judges (rh) |
| 87/08/13 | 2 | REQUEST FOR EXTENSION OF TIME -- Filed by United Bank of Arizona -- REQUEST WAS DENIED -- w/cert. of svc. -- Notified involved counsel (rh) |
| 87/08/14 | | APPEARANCES: RICHARD D. GREENFIELD, ESQ. for A. M. Zlotnick and Florence Hitzig; HENRY J. FORMON, JR., ESQ. for Alan D. Aschner, George W. Benoit, Arthur Abba Goldberg, Fern Golub, Matthews & Wright, Inc. and Matthews & Wright Group, Ltd.; DAVID SMITH, ESQ. for Berkman, Ruslander, Pohl, Lieber & Engel; EDWIN S. MOORE, III, ESQ. for Frankford Trust Co.; MARC E. ALTERMAN, ESQ. for New American Federal Credit Union; JAMES G. ROSENBERG, ESQ. for Pittsburgh National Bank; PETER D. BAIRD, ESQ. for United Bank of Arizona; LAWRENCE D. BERGER, ESQ. for Edward K. Strauss (rh) |
| 87/08/17 | | APPEARANCE: JOHN J. DUFFY, ESQ. for Christopher Gorbey (rh) |
| 87/08/19 | 3 | RESPONSE -- (to pldg. #1) United Bank of Arizona -- w/cert. of svc. (rh) |
| 87/08/19 | 4 | RESPONSE -- (to pldg. #1) Edward Strauss -- w/cert. of svc. (rh) |
| 87/08/19 | 5 | RESPONSE/BRIEF -- (to pldg. #1) Arthur Abba Goldberg, Alan D. Aschner, George W. Benoit, Fern Golub, Matthews & Wright, Inc. and Matthews Group, Ltd. -- w/cert. of svc. (rh) |
| 87/08/19 | 6 | RESPONSE -- (to pldg. #1) Berkman, Ruslander, Pohl, Lieber & Engel -- w/cert. of svc. (rh) |
| 87/08/25 | 7 | SUPPLEMENTAL TO PLDG. #3 -- United Bank of Arizona -- w/cert. of svc. (rh) |

JPML FORM 1A                                                                                     P-2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- IN RE MATTHEWS & WRIGHT, INC. MUNICIPAL BONDS SECURITIES LITIGAT

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/08/28 | 8 | SUPPLEMENTAL RESPONSE -- (to pldg. #5) Arthur Abba Goldberg, Alan D. Aschner, George W. Benoit, Fern Golub, Matthews & Wright, Inc. and Matthews & Wright Group, Ltd. -- w/cert. of svc. (rh) |
| 87/08/31 | 9 | RESPONSE (to pldg. #1) -- Deft. Pittsburgh National Bank (joining pldg. #6) -- W/Cert. of Svc. --(paa) |
| 87/08/31 | 10 | RESPONSE (to pldg. #3) -- Pltf. Patterson -- W/Exhibits A & B and Cert. of Svc. -- (paa) |
| 87/08/31 | 11 | REPLY/BRIEF -- Pltfs. Zlotnick and Hitzig -- W/Exhibits A & B and Cert. of Svc. -- (paa) |
| 87/09/02 | 12 | NOTICE OF WITHDRAWAL OF OPPOSITION (re: pldg. #3) -- Deft. United Bank of Arizona -- W/Exhibits A & B and Cert. of Svc. -- (paa) |
| 87/09/16 | | ALL WAIVED ORAL ARGUMENT  (cds) |
| 87/09/29 | | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Hon. Daniel H. Huyett, 3rd in E.D. Pennsylvania (rh) |
| 87/09/29 | | TRANSFER ORDER -- Transferring A-1 to the E.D. Pennsylvania pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 88/04/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 Louise M. Friedman v. Mark Twain Bank N.A., et al., E.D. Missouri, C.A. No. 87-2304-C-5 -- Notified involved judges and counsel (paa) |
| 88/04/18 | 13 | NOTICE OF OPPOSITION -- opposing transfer of B-5 Louise M. Friedman v. Mark Twain Bank, et al., E.D. Mo., C.A. No. 87-2304C(5) -- CTO stayed -- Notified involved judges and counsel. (ds) |
| 88/05/04 | 14 | MOTION/BRIEF TO VACATE CTO -- B-5 Louise M. Friedman v. Mark Twain Bank, et al., E.D. Mo., C.A. No. 87-2304C -- filed by pltfs. Friedman w/cert of svc. (ds) |
| 88/05/16 | 15 | MOTION TO STRIKE (pldg. #14) -- DENIED; REQUEST FOR EXTENSION OF TIME TO RESPOND (to pldg. #14) -- GRANTED TO AND INCLUDING MAY 31, 1988 -- submitted by deft. Matthews & Wright, Inc. -- w/Schedule, Memorandum and cert. of service -- Notified involved counsel (cds) |

JPML FORM 1A  p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- In re Mathews & Wright, Inc. Municipal Bonds Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/05/19 | 16 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLDG. #14 -- Mark Twain Bank -- GRANTED TO ALL PARTIES TO AND INCLUDING MAY 31, 1988 (cds) |
| 88/06/01 | 17 | RESPONSE -- defts. Matthews & Wright Group, Inc. and Matthews & Wright, Inc. w/Exhibits A thru D and cert. of svc. (ds) |
| 88/06/02 | 18 | RESPONSE -- deft. Mart Twain Bank w/cert. of svc. (ds) |
| 88/06/14 | | HEARING ORDER -- Setting opposition of plaintiff Louise M. Friedman to transfer of B-5 for hearing on July 28, 1988, in Portland, Maine. Notified involved counsel, clerks, judges. (rew) |
| 88/06/14 | 19 | REPLY (to pldgs. 17 and 18) -- pltf. Louise M. Friedman -- w/cert. of service (cds) |
| 88/07/27 | | WAIVERS FOR 7/28/88 HEARING -- ALL WAIVED (ds) |
| 88/08/16 | | TRANSFER ORDER -- B-5 Louise Friedman v. Mark Twain Bank, N.A., et al., E.D. Missouri, C.A. No. 87-2304-C-5 (transferred to E.D. Pennsylvania) -- Notified invoved judges, clerks and counsel (rh) |
| 91/07/19 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (B-7) Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corporation, D. Utah, C.A. No. 90-CV-394 -- (B-8) Eaton Vance National Municipals Fund, et al. v. Matthews & Wright, Inc., et al., M.D. Florida, C.A. No. 91-315-CIV-J-16 -- Notified involved counsel and judges (sg) |
| 91/08/01 | 20 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by defts. Mercantile Capital Corporation and James J. Keefe in Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corporation, D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (sg) |
| 91/08/02 | 21 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by deft. Federal Deposit Insurance Corporation ("FDIC"), as Receiver for First Republic Bank Houston, N.A. in Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corporation, D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (sg) |

JPML FORM 1A    p. 4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- In re Matthews & Wright, Inc. Municipal Bonds Securities Lit.

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/08/05 | 22 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by **Deft. Donaldson, Lufkin & Jenrette Securities Corp.** in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (rh) |
| 91/08/05 | 23 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by **Deft. Ira McCown** in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (rh) |
| 91/08/06 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- B-8 Eaton Vance National Municipals Fund, et al. v. Matthews & Wright, Inc., et al., M.D. Florida, C.A. No. 91-315-CIV-J-16 -- NOTIFIED INVOLVED JUDGES AND CLERKS (rh) |
| 91/08/06 | 24 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by **Defts. Bankston, Wright & Greenhill, and Subbemann, McRae, Sealy, Laughlin & Browder** in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (rh) |
| 91/08/06 | 25 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by **Deft. James W. Newman, Jr.** in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (rh) |
| 91/08/06 | 26 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by **Plaintiffs in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.**; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 -- Notified involved counsel and judges (cdm) |
| 91/08/13 | 27 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by defts. Gary B. Routh in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp. -- Notified involved counsel and judges (sg) |

JPML FORM 1A

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/08/15 | | HEARING ORDER -- setting oppositions of defts. Mercantile Capital Corp., James Keefe, FDIC as Receiver for First RepublicBank Houston, N.A., Donaldson, Lufkin & Jenrette Securities Corp., Ira McCown, Bankston, Wright & Greenhill, Stubbeman, McRae, Sealy, Laughlin & Browder, James W. Newman, Jr. and pltfs. Residential Mortgage, et al. to transfer of B-7 for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/16 | 28 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Defts. Mercantile Capital Corporation and James J. Keefe in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corporation, D. Utah, C.A. No. 90-C-394G -- w/cert. of svc. (sg) |
| 91/08/16 | 29 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by Deft. James W. Newman, Jr. in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corporation, D. Utah, C.A. No. 90-C-394G -- w/cert. of svc. (sg) |
| 91/08/19 | 30 | MOTION/BRIEF TO VACATE CTO -- Filed by deft. Bankston, Wright & Greenhill, Stubbeman, Mcrae, Sealy, Laughlin & Browder in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 (sg) |
| 91/08/19 | 31 | MOTION/BRIEF TO VACATE CTO -- Filed by deft. Federal Deposit Insurance Corporation in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp., D. Utah, C.A. No. 90-CV-394 (sg) |
| 91/08/21 | 32 | MOTION/BRIEF TO VACATE CTO -- Filed by defts. Donaldson, Lufkin & Jenrette Securities Corporation in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp. -- Notified involved counsel and judges (sg) |
| 91/08/22 | 33 | MOTION/BRIEF TO VACATE CTO -- Filed by deft. Ira A. McCown in B-7 Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp. -- w/cert. of service (cdm) |

JPML FORM 1A

Pg. 6

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/08/28 | 34 | MOTION/BRIEF TO VACATE CTO -- Filed by plfts. Residential Mortgage, Inc. & Housing Authority of Clearfield City, Utah in Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp. -- w/cert. of svc. (sg) |
| 91/09/05 | 35 | MEMORANDUM (to pldg. #'s 28 thru 34) -- filed by defts. Matthews & Wright, Inc. and Arthur A. Goldberg w/cert. of svc. (ds) |
| 91/09/16 | 36 | REPLY -- (to pldg. # 32) Filed by defts. Donaldson Lufkin & Jenrette Securities Corporation -- w/cert. of svc. (sg) |
| 91/09/23 | 37 | NOTICE OF WITHDRAWAL OF MOTION TO VACATE CTO (re: pldg. #29) -- filed by deft. James W. Newman, Jr. w/cert. of svc. (ds) |
| 91/09/27 | | HEARING APPEARANCES -- (For hearing on 9/27/91 in Colorado Springs, Colorado) HAROLD R. STEPHENS, ESQ. for Residential Mortgage, Inc.; LAWRENCE L. WAGGONER, ESQ. for Housing Authority of Clearfield, Utah; MICHAEL A. KATZ, ESQ. for Ira A. McCown; STEVEN A. COOPER, ESQ. OR MARK LEHOCKY, ESQ. for James J. Keefe and Mercantile Capital Corp. and R. HACKNEY WIEGMANN, ESQ. for Matthews & Wright, Inc. and Arthur A. Goldberg (rh) |
| 91/09/27 | | WAIVERS OF ORAL ARGUMENT -- (For hearing on 9/27/91 in Colorado Springs, Colorado) James W. Newman, Jr.; Donaldson, Lufkin & Jenrette Securities Corp.; Berkman Ruslander Pohl lieber & Engel; Plaintiff's Lead Counsel; A.M. Zlotnick, Florence Hitzie and The Manitwoc Co., Inc.; Stubbeman, McRae, Sealy, Laughlin & Browder and Bankston and Wright & Greenhill (rh) |
| 91/10/07 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (B-7) Residential Mortgage, Inc., et al. v. Heather Estates, Inc., et al., D. Utah, C.A. No. 90 CV 394 -- Notified involved clerks, judges and counsel (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 739 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Matthews & Wright, Inc. Municipal Bonds Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 16, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | September 29, 1987 | To | Unpublished  #313 | E.D. Pennsylvania | Hon. Daniel H. Huyett, 3rd | |

Special Transferee Information

DATE CLOSED: 1/20/95

JPML FORM 1        LISTING OF INVOLVED ACTIONS        Hon. Daniel H. Huyett, 3rd
E.D. Pennsylvania

DOCKET NO. 739 -- In re Matthews & Wright, Inc. Municipal Bonds Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Victorie S. Patterson v. United Bank of Arizona, et al. | Ariz. Muecke | 87-1152PHX CAM | 9-29-87 | 87-6630 | ✓ | ✓ |
| A-2 | A.M. Zlotnick v. Commercial Bank of The Americas, et al. | Pa.,E. Huyett | 87-3754 | | | | |
| A-3 | Florence Hitzig v. Matthews & Wright, Inc., et al. | Pa.,E. Huyett | 87-4750 | | | | |
| XYZ-4 | The Manitowoc Co., Inc. v. Pittsburgh National Bank, et al. | E.D.Pa | 88-0354 | | | | |
| | July 1988 - 1 TR / 3 XYZ / 4 Pdg. | | | | | | |
| B-5 | Louise M. Friedman v. Mark Twain Bank, N.A., et al. 4-1-88 opposed 4/18/88 | E.D.Mo. Limbaugh | 87-2304-C-5 | 8-16-88 | 88-6749 | | |
| XYZ-6 | Trustfunds Tax Exempt Trust v. Matthews & Wright, Inc., et al. | Pa.,E. Huyett | 88-5185 | | | | |
| | July 1989 - 1 TR / 1 XYZ / 6 Pending | | | | | | |
| | July 1990 - same | | | | | | |
| | July 1991 - same | | | | | | |
| B-7 | Residential Mortgage, et al. v. Heather Estates, Inc., et al.; Housing Authority of Clearfield City, Utah v. Unified Capital Corp. 7/19/91 opposed 8/1/91 | Utah Greene | 90-CV-394 | | VACATED 10-7-91 | | |
| B-8 | Eaton Vance National Municipals Fund, et al. v. Matthews & Wright, Inc., et al. 7/9/91 | Fla.,M. Moore | 91-315-Civ-J 16 | 8-6-91 | 91-6625 | 1/11/93 | |

July 1992 - same 7 Pending SEE MATS DOCKET SHEET ATTACHED

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- In re Matthews & Wright, Inc. Municipal Bonds Securities Litigation

===============================================================================

PLAINTIFFS' LEAD COUNSEL AND
COUNDEL FOR A.M. ZLOTNICK,
FLOREENCE HITZIG AND
THE MANITOWOC CO., INC.
Richard D. Greenfield, Esq.
Grenfield & Chimicles
One Haverford Center
Haverford, PA  19041

DEFENDANT'S LIAISON COUNSEL AND
COUNSEL FOR BERKMAN RUSLANDER POHL
LIEBER & ENGEL
David Smith, Esquire
Schnader, Harrison, Segal & Lewis
Suite 3600
1600 Market Street
Philadelphia, PA 19103

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- In re Matthews & Wright, Inc. Municipal Bonds Securities Litigation

---

VICTORIE S. PATTERSON (A-1) (No App. Rec'd)
Barry Wolfson, Esq.
Avila, Wolfson & Wolfson
1018 East Guadalupe Road
Tempe, Arizona 85283

A. M. ZLOTNICK (A-2)
FLORENCE HITZIG (A-3)
Richard D. Greenfield, Esq.
Greenfield & Chimicles
One Haverford Centre
Haverford, Pennsylvania 19041

FRANKFORD TRUST COMPANY
Edwin S. Moore, III, Esq.
Thistle, Moore, Rosser & Tull
1710 Spruce Street
Philadelphia, Pennsylvania 19103

NEW AMERICAN FEDERAL CREDIT UNION
Marc E. Alterman, Esq.
Goldberg, Mufson & Spar
200 Executive Drive
West Orange, New Jersey 07052

ALAN D. ASCHNER
GEORGE W. BENOIT
ARTHUR ABBA GOLDBERG
FERN GOLUB
MATTHEWS & WRIGHT, INC.
MATTHEWS & WRIGHT GROUP, LTD.

Douglas R. Marvin, Esq.
Williams & Connolly
839 17th Street, N.W.
Washington, D. C. 20006

---

BERKMAN, RUSLANDER, POHL, LIEBER & ENGEL
David Smith, Esq.
Schnader, Harrison, Segal & Lewis
Suite 3600
1600 Market Street
Philadelphia, Pennsylvania 19103

PITTSBURGH NATIONAL BANK
James G. Rosenberg, Esq.
Saul, Ewing, Remick & Saul
3800 Centre Square West
Philadelphia, Pennsylvania 19102

EDWARD STRAUSS
Lawrence D. Berger, Esq.
Dilworth, Paxson, Kalish & Kauffman
2600 The Fidelity Building
Philadelphia, Pennsylvania 19109

UNITED BANK OF ARIZONA
Peter D. Baird, Esq.
Lewis & Roca
Suite 2300
100 West Washington
Phoenix, Arizona 85003

CHRISTOPHER GORBEY
John J. Duffy, Esq.
Duffy & Duffy
22 North Walnut Street
West Chester, Pennsylvania 19380

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 739 -- _____

---

FIRST NATIONAL BANK OF SHREVEPORT
(No Appearance Received)
David P. Bruton, Esq.
Cary R. Battistoni, Esq.
Drunker, Biddle & Reath
PNB Building
Broad & Chestnut Streets
Philadelphia, PA 19107

JOEL SCHWARTZ (No App. Rec'd)
c/o New American Federal Credit Union
80 Grant Street
Jersey City, New Jersey 07302

COMMERCIAL BANK OF THE AMERICAS
Unable To Determine Counsel or Address

LOUISE M. FRIEDMAN (B-5)
Rexford H. Caruthers, Esq.
Michael A. Vitale, Esq.
Caruthers, Herzog, Crebs
 & McGhee
555 Washington, 6th Floor
St. Louis, Missouri 63101

MARK TWAIN BANK, N.A. (Deft. in B-5)
Charles Alan Seigel, Esq.
Andrew F. Puzder, Esq.
The Stolar Partnership
911 Washington Avenue
7th Floor
St. Louis, Missouri 63101

SOUTHWEST CAPITAL CORPORATION (Deft. in B-5)
Unable To Determine Counsel or Address

NATIONAL WESTMINSTER BANK, U.S.A.
Robert E. Kushner, Esq.(No Appearance Received)
Edward N. Meyer, Esq.
Cole & Deitz
175 Water Street
New York, NY 10038-4981

RESIDENTIAL MORTGAGE, ET AL. (B-7)
Harold R. Stephens, Esquire          *opposed*
1245 E. Brickyard Road
#530
Salt Lake City, Utah 84106

DEFTS. IN B-7

GARY B. ROUTH
Stanley S. Adams, Esquire   *opposed*
370 E. South Temple
#500
Salt Lake City, Utah 84111

IRA MCCOWAN
Michael A. Katz, Esquire    *opposed*
Purser, Okazaki & Berrett
39 Post Office Place
#300
Salt Lake City, Utah 84101

BANKSTON, WRIGHT & GREENHILL

STUBBEMAN, MCRAE, SEALY, LAUGHLIN & BROWDER
David K. Watkiss, Esquire
Watkiss & Saperstein
310 S. Main St., Suite 1200
Salt Lake City, Utah 84101

FEDERAL DEPOSIT INSURANCE CORPORATION
Stanford B. Owen, Esquire
Fabian & Clendenin             *opposed*
Post Office Box 510210
Salt Lake City, Utah 84151

HOUSING AUTHORITY OF CLEARFIELD CITY, UTAH
Lawrence L. Waggoner, Esquire
140 East Center
Clearfield, Utah 84015

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 739 -- _____

| | |
|---|---|
| DEFTS. IN B-7 cont'd<br><br>UNABLE TO DETERMINE COUNSEL OR ADDRESS FOR DEFTS. LISTED BELOW IN B-7<br><br>HEATHER ESTATE, INC.<br>STEPHEN P. BRUNO<br>KITTIE BRUNO<br>ROBERT F. RANSDELL<br>R. KEITH DENSLEY<br><br>WEXCOR INDUSTRIES, INC.<br>WILLIAM B. PARSONS, III<br>PACE & PARSONS<br><br><br>INTERFIRST BANK OF HOUSTON, N.A.<br>IMPERIAL SECURITIES CORP.<br>ALAN ALTURA<br>ALAN J. KONE<br>ROGER J. BURNS<br>BERNARD M. ALTHOFF<br>ARTHUR H. ZIEV<br>DONALDSON, LUFKIN & JENRETTE<br>MULTICAPITAL CORPORATION<br>JAMES W. NEWMAN, JR.<br>FIRST NATIONAL BANK OF AUSTIN, TEXAS<br>MTL LIFE INSURANCE OF N.Y.<br>MERCANTILE CAPITAL FINANCE CORPORATION #78<br>CRAIG DUNN<br>DOUGLAS G. BRAUN<br>SOUTHWEST CAPITAL CORPORATION<br>GARY J. DAVIS<br>FOX, EDWARDS, GARDNER & BROWN<br>BOOTH & BARON<br>CHAMBERS, DUNHILL, RUBIN & CO.<br>DAVID RUBIN<br>WELD, FREELAND & COOPER<br>UNIFIED CAPITAL CORPORATION<br>FIRST NATIONAL BANK OF COMMERCE, NEW ORLEANS, LA<br><br>EATON VANCE NATIONAL MUNICIPALS FUND, ET AL. (B-8)<br>Douglas H. Morford, Esquire<br>Ulmer, Murchison, Ashby & Taylor<br>200 W. Forsyth Street<br>Suite 1600<br>Jacksonville, Florida  32202 | DEFTS. IN B-8<br><br>UNABLE TO DETERMINE COUNSEL OR ADDRESS FOR DEFTS LISTED BELOW IN B-8<br><br>BERARD M. ALTHOFF<br>ROGER J. BURNS<br>COMMERCIAL BANK OF THE AMERICAS<br>FREDERICK MANN<br>BARNETT BANKS TRUST CO., N.A.<br>DUVAL COUNTY HOUSING FINANCE AUTHORITY<br>COHEN, SHAPIRO, POLISHER, SHIEKMAN, COHEN<br>BERKMAN, RUSLANDER, POHL, LIEBER & ENGEL<br><br><br>MERCANTILE CAPITAL CORPORATION<br>JAMES J. KEEFE (Defts. in B-7)<br>Mark LeHocky, Esq.<br>Steven A. Cooper, Esq.<br>Daniel L. Feder, Esq.<br>Weld, Freeland, Cooper & LeHocky<br>150 Spear Street, Suite 1800<br>San Francisco, CA  94105       *opposed*<br><br>Anna Drake, Esq.<br>Allen, Nelson Hardy & Evans<br>215 South State Street, Suite 900<br>Salt Lake City, Utah  84111<br><br><br>DONALDSON, LUFKIN & JENRETTE SECURITIES CORP.<br>  (Deft. in B-7)<br>Mark A. Belnick, Esq.<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br><br>JAMES W. NEWMAN, JR. (Deft. in B-7)<br>Patrick J. Carome, Esq.<br>Wilmer, Cutler & Pickering<br>2445 M St., N.W.<br>Washington, D.C.  20037-1420 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- In re Matthews & Wright, Inc. Municipal Bonds Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Bank of Arizona | A-1 |
| Commercial Bank of The Americas | A-1, A-2 |
| New American Federal Credit Union | A-1, A-3 |
| Matthews & Wright, Inc. | A-1, A-2, A-3, B-5, B-7, B-8 |
| Arthur Abba Goldberg | A-1, A-2, A-3, B-5, B-7, B-8 |
| George W. Benoit | A-1, A-2, A-3, B-5, B-7, B-8 |
| Berkman, Ruslander, Pohl, Lieber & Engel | A-1, A-2, A-3 |
| Edward Strauss | A-1, A-2, A-3 |
| Pittsburgh National Bank | A-2, A-3 |
| Alan D. Aschner | A-2, A-3 |
| Frankford Trust Co. | A-2 |

p. 2

| | |
|---|---|
| Christopher Gorbey | A-2 |
| Matthews & Wright Group, Inc. | A-2, A-3, B-5, B-8 |
| Fern Golub | A-3 |
| Joel Schwartz | A-3 |
| National Westminster Bank, USA | A-3 |
| First National Bank of Shreveport | A-3 |
| Mark Twain Bank, N.A. | B-5 |
| Southwest Capital Corporation | B-5 |
| Heather Estates, Inc. | B-7 |
| Stephen P. Bruno | B-7 |
| Kittie Bruno | B-7 |

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert F. Ransdell | B-7 |
| gary B. Routh | B-7 |
| R. Keith Densley | B-7 |
| Stan Adams | B-7 |
| Wexcor Industries, Inc. | B-7 |
| William B. Parsons, III | B-7 |
| Pace & Parsons | B-7 |
| James J. Keefe | B-7 |
| Mercantile Capital Corp. | B-7 |
| Interfirst Bank of Houston, N.A. a/k/a First Republic Bank of Houston | B-7 |
| Imperial Securities Corp. | B-7 |

p. 4

| | |
|---|---|
| Alan Altura | B-7 |
| IRA McCowan | B-7 |
| Alan J. Kone | B-7 |
| George W. Benoit | B-7 |
| Roger J. Burns | B-7 |
| Bernard M. Althoff | B-7 |
| Arthur H. Ziev | B-7 |
| Donaldson, Lufkin & Jenrette | B-7 |
| Multicapital Corporation | B-7 |
| Bankston, Wright & Greenhill | B-7 |
| James W. Newman, Jr. | B-7 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Stubbeman, Mcrae, Sealy Laughlin & Browder | B-7 |
| First National Bank of Austin, Texas | B-7 |
| MTL Life Insurance, N.Y. | B-7 |
| Mercantile Capital Finance Corp. #78 | B-7 |
| Craig Dunn | B-7 |
| Douglas G. Braun | B-7 |
| Southwest Capital Corp. | B-7 |
| Gary J. Davis | B-7 |
| Fox, Edwards, Gardner & Brown | B-7 |
| Booth & Baron | B-7 |
| Chambers, Dunhill, Rubin & Co. | B-7 |

| | |
|---|---|
| David Rubin | B-7 |
| Weld, Freeland & Cooper | B-7 |
| Federal Deposit Insurance Corp. | B-7 |
| Unified Capital Corp. | B-7 |
| First National Bank of Commerce, New Orleans, LA | B-7 |
| Roger J. Burns | B-8 |
| Bernard M. Althoff | B-8 |
| Commercial Bank of the Americas | B-8 |
| Frederick Mann | B-8 |
| Barnett Banks Trust Co., N.A. | B-8 |
| Duval County Housing Finance Authority | B-8 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 739 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| Cohen, Shapiro, Polisher, Shiekman, Cohen & Berkman | B-8 |
| Ruslander, Pohl, Lieber & Engel | B-8 |
| [illegible] of Clearfield [illegible] | B-7 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 7